AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### Southern District of Texas

United States Courts
Southern District of Texas
FILED

MAY 1 6 2018

David J. Bradley, Clerk of Court

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Omar SALAZAR | ) | Case No. C-18-932M |
| Margaret Ann BUTTLER | ) | |
| | ) | |
| | ) | |
| | ) | |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **May 15, 2018** in the county of **Nueces** in the **Southern** District of **Texas**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 21 USC § 846<br>Title 21 USC § 841 (a)(1) | Knowingly, intentionally and unlawfully conspire to possess, with intent to distribute, a controlled substance in Schedule II of the Controlled Substance Act of 1970, to wit; approximately 13.6 grams (Aggregate Gross Weight) of a mixture and substance containing Methamphetamine. |

This criminal complaint is based on these facts:

See "Attachment A"

☑ Continued on the attached sheet.

*Complainant's signature*

TFO Robert LaRock
*Printed name and title*

Sworn to before me and signed in my presence.

Date: May 16, 2018

*Judge's signature*

City and state: Corpus Christi, Texas        Jason B. Libby, U.S. Magistrate Judge
*Printed name and title*

Attachment A

On 05/15/18, Corpus Christi Police Officers Senior Officer (S/O) William Hobbs, S/O Ricardo Castillon (#9154) and Officer Collins Estell (#12206) were contacted by Drug Enforcement Administration (DEA) Task Force Officer (TFO) Robert LaRock (#5555). TFO LaRock stated that a male and female were leaving a possible drug house and driving a 1996 Ford blue/green Crown Victoria, headed toward Up River and Leopard Road. S/O William Hobbs was provided the Texas License plate which was expired as of (06/2017). S/O William Hobbs watched as the listed vehicle traveled onto the 3500 block of Leopard Street by a female driver. S/O William Hobbs ran a Motor Vehicle registration (MVR) check and confirmed again that the MVR was expired as of (06/2017). S/O William Hobbs knows this to be a violation of the law. S/O William Hobbs conducted a traffic stop on the vehicle.

S/O William Hobbs contacted the driver, identified as Margaret BUTLER. S/O William Hobbs advised her of the traffic violation and BUTLER stated that she understood. S/O William Hobbs asked BUTLER to see her Texas driver license and she replied that she did not have a driver license, but did have an Identification card. S/O William Hobbs asked BUTLER if she had Proof of Financial Responsibility on the vehicle (Insurance) and she replied, "no" and stated that the vehicle belonged to a friend and that she was aware that the vehicle's MVR was expired. At this point, S/O William Hobbs decided to impound the vehicle so he asked BUTLER to exit the vehicle and she was detained for officer safety. The passenger, Omar SALAZAR, was contacted by Officer Estell and S/O Castillon, whom also asked him to exit the vehicle because it was going to be impounded. At that time, SALAZAR was detained for officer safety. During the impound inventory of the vehicle, S/O William Hobbs observed a clear plastic baggy on the floorboard of the passenger side which contained a green leafy substance. Based on S/O William Hobbs' training and experience, he knew the substance to be marijuana. Officers also observed a speaker on the floorboard on the passenger side, which was on the lap of SALAZAR during the initial contact. S/O William Hobb's observed a vent hole on top of the speaker which had an object that was wrapped in black plastic and was tied with a hair tie. S/O William Hobbs saw that the plastic was ripped and as he looked closer, he observed that it was a light blue tinted crystal substance. S/O William Hobbs suspected this substance to be methamphetamine. TFO LaRock (#5555) arrived on scene and utilized a presumptive field test of the substance which tested positive for methamphetamine. The methamphetamine had an aggregate gross weight (AGW) of approximately 13.6 grams.

TFO LaRock and Special Agent (SA) Charles Schuetz spoke with BUTLER and SALAZAR who stated that they both wanted to be interviewed. At the time, BUTLER and SALAZAR were transported to the DEA Corpus Christi Resident Office for processing and interviewing.

MIRANDA RIGHTS:

SALAZAR was read his Miranda Rights at 08:10 PM by SA Charles Schuetz and TFO Robert LaRock. SALAZAR stated that he understood his rights and was willing to answer questions. In post-Miranda statements, SALAZAR stated that he was aware that he was in possession of the methamphetamine and paid approximately $200.00 for a half ounce.

BUTLER was read her Miranda Rights at 10:04 PM by SA Charles Schuetz and TFO Robert LaRock. BUTLER stated that she understood her rights and was willing to answer questions. In post-Miranda statements, BUTLER stated that she had been driving SALAZAR to different addresses and she believed SALAZAR was making deliveries of methamphetamine to those locations. BUTLER continued to state that SALAZAR would give her methamphetamine in exchange for the vehicle transportation. BUTLER ended with saying she had smoked some of the "Blue" methamphetamine that SALAZAR was in possession of at the time of their arrests and had also seen methamphetamine colored blue in the past but not very frequently.

The amount of methamphetamine seized in this case implies the intent to distribute.

Assistant United States Attorney Brittany Jensen has approved Federal prosecution of SALAZAR and BUTLER.